```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :       03cr1509-1 (DLC)
              -v-                     :
                                      :           ORDER
THOMAS T. PROUSALIS, JR.,              :
                                      :
                    Defendant.        :
                                      :
-------------------------------------X
```

DENISE COTE, District Judge:

On October 28, 2004, the defendant Thomas Prousalis, Jr. was sentenced principally to a term of 57 months imprisonment, 3 years of supervised release, and to make restitution in the amount of $12,800,000.00. Accordingly, it is hereby

ORDERED that the Clerk of Court shall close the CRIS account associated with this defendant's restitution and disburse all funds to the Securities and Exchange Commission ("SEC").

IT IS FURTHER ORDERED that any additional restitution payments made pursuant to the judgment shall be immediately disbursed to the SEC.

Dated:    New York, New York
          February 21, 2025

                                         _____
                                              DENISE COTE
                                         United States District Judge